IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Mildred C. Knight & Bobby Knight, III, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | C/A No. 2:10-516-DCN-RSC |
| v. | ) | |
| | ) | **ORDER** |
| Episcopal Church of the United States; Bishop Katharine Jefferts Schori; Episcopal Diocese of Lower South Carolina; RT. Reverend Mark J. Lawrence; Episcopal Church Home; Family Services, Inc.; Iris Albright; Irvin Condon; Walter Kauffman; Glenn P. Churchill; John Does; Jane Does; Linda K. Jones; C. Chloe & Frederick R. Tonney, | ) ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the motion to intervene by Henry Myers, Henry Myers, Jr., Gloria Myers, Jerome Myers, Debra Myers, Melba Myers-Taylor, and Nadine Myers-Leach, which was filed on July 21, 2010. These proposed interveners also filed a motion for an emergency order of protection on July 26, 2010. On July 23, 2010, the court adopted the magistrate judge's report and recommendation and dismissed the underlying action without prejudice and without issuance and service of process. Accordingly, the Myers family's motion to intervene and motion for an emergency order of protection are **DENIED** as moot.

**AND IT IS SO ORDERED.**

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**July 27, 2010**
**Charleston, South Carolina**