IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Mildred C. Knight & Bobby Knight, III, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | C/A No. 2:10-516-DCN-RSC |
| v. ) | |
| ) | **ORDER** |
| Episcopal Church of the United States; Bishop ) | |
| Katharine Jefferts Schori; Episcopal Diocese of Lower ) | |
| South Carolina; RT. Reverend Mark J. Lawrence; ) | |
| Episcopal Church Home; Family Services, Inc.; Iris ) | |
| Albright; Irvin Condon; Walter Kauffman; Glenn P. ) | |
| Churchill; John Does; Jane Does; Linda K. Jones; C. ) | |
| Chloe & Frederick R. Tonney, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

This matter is before the court on plaintiffs' July 25, 2010 letter ostensibly brought under Federal Rules of Civil Procedure 46 and 60. Plaintiffs also filed a memorandum in support of their letter on July 27, 2010. In their letter, plaintiffs note that "[t]here are several points taken that are now ripe for another consideration," and they ask the court "to totally reconsider the dismissal and grant us our Summons." Pl. Ltr. 1, 6. Accordingly, the court will treat plaintiffs' filing as a motion for reconsideration. The Fourth Circuit has recognized three grounds for amending an earlier judgment: "(1) to accommodate an intervening change in controlling law; (2) to account for new evidence not available at trial; or (3) to correct a clear error of law or prevent manifest injustice." Pacific Ins. Co. v. American Nat'l Fire Ins. Co., 148 F.3d 396, 403 (4th Cir. 1998). The court has reviewed plaintiffs' written submissions and concludes that none of the grounds offered by plaintiffs warrants the requested relief. Accordingly, plaintiffs' motion for reconsideration is **DENIED**.

AND IT IS SO ORDERED.

_____
**DAVID C. NORTON**
**CHIEF UNITED STATES DISTRICT JUDGE**

August 10, 2010
Charleston, South Carolina